**Order entered February 25, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01415-CV

**SOUTHAMPTON LTD. AND SOUTHWEST REINSURANCE, INC., Appellants**

**V.**

**FOUR HORSEMEN AUTO GROUP, INC., CHISHOLM TRAIL AUTO GROUP, LLC, CHISHOLM TRAIL AUTO GROUP II, LLC , CHISHOLM TRAIL REAL ESTATE, LLC, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13331**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

Before the court is appellees' verified motion requesting judicial notice. In the motion, appellees request this Court take judicial notice of a pleading entered by a court appointed receiver in Oklahoma bearing on this appeal. The motion will be determined by the panel to whom this appeal is submitted for determination of the merits of the appeal. Our records show this case is at issue and will be set for submission in due course.

/s/      CRAIG STODDART
JUSTICE